## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

CHARLES WESTON ELSEA, JR., )
)
*Plaintiff*, )
) Case No. 3:22-cv-424
v. )
) Judge Atchley
MICHAEL WALTER PARRIS, )
LISA HELTON, KEVIN GERALD ) Magistrate Judge McCook
GENOUSE, STACEY OAKES, )
STEVEN JONES, and BRANDON )
FOSTER, )
)
*Defendants*. )

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 *s/ LeAnna R. Wilson*
 CLERK OF COURT